# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Petitioner,<br><br>v.<br><br>SCOTT G. HUISH,<br><br>Respondent. | Case No.: 19-mc-91538-FDS |

## FINAL JUDGMENT

The Plaintiff Securities and Exchange Commission (the "Commission") having applied to the Court for an Judgment pursuant to Section 20(c) of the Securities Act of 1933 ("Securities Act"), 15 U.S.C. § 77t(c), Section 21(e) of the Securities Exchange Act of 1934 ("Exchange Act"), 15 U.S.C. § 78u(e)(1), Section 209(d) of the Investment Advisers Act of 1940 ("Advisers Act"), 15 U.S.C. § 80b-9(d), and Section 42(d) of the Investment Company Act of 1940 ("Investment Company Act"), 15 U.S.C. § 80a-41(d), to enforce compliance by the Respondent, Scott G. Huish, ("Huish"), with a final Commission order entered against him on September 24, 2019. This order required Huish to pay a civil money penalty of $160,000, plus additional interest pursuant to 31 U.S.C. § 3717 and injunctive relief, and Huish having entered into a Consent to the entry of a Judgment by this Court, and it appearing to the Court that such a Judgment should enter, it is hereby:

### I.

**ORDERED, ADJUDGED, AND DECREED** that the Commission Order is enforced.

## II.

**FURTHER ORDERED, ADJUDGED, AND DECREED**, that Scott G. Huish shall pay a civil money penalty of $160,000, plus outstanding interest pursuant to 31 U.S.C. § 3717 until the entry of Judgment, together with postjudgment interest pursuant to 28 U.S.C. § 1961 from the date of the entry of this Judgment.

## III.

**FURTHER ORDERED, ADJUDGED, AND DECREED**, that Huish shall cease and desist from committing or causing any violations and any future violations of Section 17(a) of the Securities Act, and Section 10(b) of the Exchange Act and Rule 10b-5 thereunder, and Sections 203A, 206(4) and 207 of the Advisers Act, and Rules 203A-1 and 206(4)-8 thereunder; and Huish is also barred from association with any investment adviser, broker, dealer, municipal securities dealer, municipal adviser, transfer agent, or nationally recognized statistical rating organization; and prohibited from serving or acting as an employee, officer, director, member of an advisory board, investment adviser or depositor of, or principal underwriter for, a registered investment company or affiliated person of such investment adviser, depositor, or principal underwriter.

## IV.

**FURTHER ORDERED, ADJUDGED, AND DECREED**, that Huish shall make payment in one of the following ways:

(1) Huish may transmit payment electronically to the Commission, which will provide detailed ACH transfer/Fedwire instructions upon request;

(2) Huish may make direct payment from a bank account via Pay.gov through the SEC website at http://www.sec.gov/about/offices/ofm.htm; or

(3) Huish may pay by certified check, bank cashier's check, or United States postal money order, made payable to the Securities and Exchange Commission and hand-delivered or mailed to:

Enterprise Services Center
Accounts Receivable Branch
HQ Bldg., Room 181, AMZ-341
6500 South MacArthur Boulevard
Oklahoma City, OK 73169

Payments by check or money order must be accompanied by a cover letter identifying Huish as Respondent in this action, and the name of this Court and the docket number of this action; a copy of the cover letter and check or money order must be sent to Michael J. Roessner, Securities and Exchange Commission, 100 F Street, NE, Mail stop 5631, Washington, DC 20549-0022. Upon such payments being fully made, the Commission will provide Huish with a full satisfaction of judgment and discharge any judgment lien it may have docketed.

V.

**FURTHER ORDERED, ADJUDGED, AND DECREED** that the Court, subject to the foregoing, may order such relief as may be necessary for enforcement of any order of this Court as to the civil monetary penalty pursuant to the Federal Debt Collection Procedures Act, 28 U.S.C. §§ 3001 – 3308.

## VI.

**FURTHER ORDERED, ADJUDGED, AND DECREED** that the Court shall retain jurisdiction of this matter for the purposes of enforcing the terms of this Judgment. Post Judgment interest shall accrue pursuant to 28 U.S.C. § 1961.

## VII.

**FURTHER ORDERED, ADJUDGED, AND DECREED** that the hearing set for January 16, 2020, is cancelled.

Dated: January 10, 2020

_____
UNITED STATES DISTRICT JUDGE